# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEFFREY J. DAVIS,

        Appellant

        v.

COMMONWEALTH OF PENNSYLVANIA,

        Appellee

: No. 23 MAP 2018
:
:
: Notice of Appeal from the order of the
: Commonwealth Court at No. 670 FR 2016
: dated April 6, 2018 Dismissing and
: Quashing the Petition for Review from the
: Order of the Department of Finance and
: Revenue at No. 1507013 dated July 13,
: 2016, exited July 19, 2016
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of September, 2018, as Appellant failed to file exceptions to the April 6, 2018 order in the Commonwealth Court, the Notice of Appeal is quashed. *See* Pa.R.A.P. 1571(i); *Commonwealth v. After Six, Inc.*, 413 A.2d 1017, 1022-23 (Pa. 1980) (explaining that exceptions are required to be filed with the Commonwealth Court to preserve issues for an appeal to this Court as concerns review of a determination of the Board of Finance and Revenue).